[No. 55665-7-I. Division One. March 13, 2006.]

MINI-DOZER WORK ET AL., *Appellants,* v. RICHARD SMITH ET AL., *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 03-2-28803-9, Carol A. Schapira, J., entered December 8, 2004. *Affirmed* by unpublished per curiam opinion.

[No. 55953-2-I. Division One. March 13, 2006.]

THE STATE OF WASHINGTON, *Respondent,* v. KEHINDE ALOKOLARO, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 04-1-00681-0, Laura C. Inveen, J., entered February 24, 2005. *Affirmed* by unpublished per curiam opinion.

[No. 55992-3-I. Division One. March 13, 2006.]

THE STATE OF WASHINGTON, *Respondent,* v. RORY ALLEN WOODELL, *Appellant.*

Appeal from a judgment of the Superior Court for Whatcom County, No. 03-1-01244-3, Steven J. Mura, J., entered March 9, 2005. *Affirmed* by unpublished per curiam opinion.

[No. 56243-6-I. Division One. March 13, 2006.]

JARED LITTLE, *Appellant,* v. COUNTRYWOOD HOMES, INC., *Respondent.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 03-2-07487-8, Richard J. Thorpe, J., entered February 11, 2005. *Affirmed* by unpublished per curiam opinion. Now published at 132 Wn. App. 777.